IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
AUG 31 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MICHAEL PAYNE, MELISSA CHURCH and GLORIA PRYOR, *et al*, <br><br> Plaintiffs, <br> v. <br><br> ADVENTIST HEALTH SYSTEM-SUNBELT, INC., *et al*, <br><br> Defendants. | UNDER SEAL <br><br><br> CIVIL FILE NO. 3:12CV856 |

### JOINT NOTICE OF ELECTION TO INTERVENE
### IN PART AND DECLINE IN PART

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4) ), and respective state false claims acts (Fla. Stat. § 68.081 et seq., N.C. Gen. Stat. § 1-605 et seq., Tenn. Code Ann. § 71-5-181 et seq., and Tex. Hum. Res. Code Ann. § 36.001 et seq.), the United States and the States of Florida, North Carolina, Tennessee and Texas (the "Intervening States" and together with the United States, the "Intervening Parties") hereby notify the Court of their election to intervene in part for settlement purposes against Adventist Health System Sunbelt, Inc. and the other defendants named in this action as to allegations that compensation arrangements with employed physicians, as well as a space lease with an immediate family member of an employed physician, violated the Physician Self-Referral Law by failing to comply with the regulatory safe harbor because: 1) the compensation

arrangements took into account the volume and value of referrals of the physicians, or 2) the compensation exceeded fair market value. The United States intervenes also in allegations that certain defendants miscoded claims resulting in false claims to Medicare. Except as specified above, the Intervening Parties decline to intervene on all other claims. The parties anticipate signing Settlement Agreements within three weeks that will provide for payments within ten days, and the dismissal of this action thereafter, pursuant to the terms and conditions of the contemplated agreement.

Although the Intervening Parties decline to intervene in a portion of this action, they respectfully refer the Court to 31 U.S.C. § 3730(b)(1), Fla. Stat. § 68.084(3), N.C. Gen. Stat. § 1-609(f), Tenn. Code Ann. § 71-5-183(c)(3), and Tex. Hum. Res. Code Ann. § 36.104(b), which allow a relator to maintain the declined portion of the action in the name of the United States or the State; providing, however, that the action may be dismissed only if the court and the government give written consent to the dismissal and their reasons for consenting. 31 U.S.C. . § 3730(b)(1), Fla. Stat. § 68.083(2), N.C. Gen. Stat. § 1-608(b)(1), Tenn. Code Ann. § 71-5-183(b)(1), and Tex. Hum. Res. Code Ann. § 36.102(e). Therefore, the Intervening Parties request that, should either a relator or any defendant propose that the part of the action in which any Intervening Party has not intervened be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the Intervening Party before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), Fla. Stat. § 68.084(3), N.C. Gen. Stat. § 1-609(f), Tenn. Code Ann. § 71-5-183(c)(3), and Tex. Hum. Res. Code Ann. § 36.104(b), the Intervening Parties request that all pleadings filed in this action, including as to the non-intervened part of this action, be served upon the Intervening Parties; the

Intervening Parties also request that all orders issued by the Court be sent to the Intervening Parties' counsel. The Intervening Parties reserve their right to order any deposition transcripts and to intervene in the portion of this action in which it is declining to intervene today, for good cause, at a later date.

The Intervening Parties reserves their right to seek the dismissal of the relator's action or claim(s) on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4), Fla. Stat. § 68.084(2), N.C. Gen. Stat. § 1-609(b), Tenn. Code Ann. § 71-5-183(c)(2)(A), and Tex. Hum. Res. Code Ann. § 36.102(e).

Respectfully submitted this 31st day of August, 2015,

BENJAMIN C. MISER
PRINCIPAL DEPUTY ASSIST. ATTORNEY GENERAL

JILL WESTMORELAND ROSE
ATTORNEY FOR THE UNITED STATES ACTING UNDER
AUTHORITY CONFERRED BY 28 U.S.C. § 515

JONATHAN H. FERRY
ASSISTANT UNITED STATES ATTORNEY
NC Bar No. 39117
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
Tel: (704) 344-6222
Fax: (704) 227-0248
Email: Jonathan.Ferry@usdoj.gov

PAUL B. TAYLOR
ASSISTANT UNITED STATES ATTORNEY
Chief, Civil Division
N.C. State Bar No. 10067
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Tel: 828- 271-4661
E-mail: Paul.Taylor@usdoj.gov

3

*signature*

MICHAEL D. GRANSTON
TRACY L. HILMER
DAVID M. FINKELSTEIN
Attorneys, Civil Division
United States Department of Justice
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2971
Fax: (202) 307-3852
Email: David.M.Finkelstein@usdoj.gov

4

STATE SIGNATURE PAGE (3:12CV856: Notice of Intervention)

HERBERT H. SLATERY III
ATTORNEY GENERAL & REPORTER

*[signature]*

PHILIP BANGLE
Assistant Attorney General
TN State Bar No. 031636
Tennessee Attorney General's Office
425 Fifth Avenue North
Nashville, Tennessee 37243
Tel: (615) 741-8126
Fax: (615) 532-4892
Email: Philip.Bangle@ag.tn.gov

PAM BONDI
ATTORNEY GENERAL

JILL BENNETT
Assistant Attorney General
FL State Bar No. 0108812
Florida Office of the Attorney
PL-01, The Capitol
Tallahassee, FL 32399
Tel: 850-414-3913
Fax: 850-410-0179
Email: Jill.Bennett@myflorida.com

ROY COOPER
ATTORNEY GENERAL

F. EDWARD KIRBY
STACY M. RACE
N.C. State Bar No. 31743
Assistant Attorney General
Medicaid Investigations Division
5505 Creedmoor Rd., Suite 300
Raleigh, N.C. 27612
Phone: 919-881-2345
Fax: 919-571-4837
Email: SRace@ncdoj.gov

KENNETH PAXTON, JR.
ATTORNEY GENERAL of TEXAS

CHARLES ROY
First Assistant Attorney General

JAMES DAVIS
Deputy Attorney General for Civil Litigation

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

KEMISHA WILLIAMS
ASSISTANT ATTORNEY GENERAL
TX State Bar No. 24088644
Civil Medicaid Fraud Division
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548
Tel: (512) 936-1446
Fax: (512) 936-0674
Email:
kemisha.williams@texasattorneygeneral.gov

STATE SIGNATURE PAGE (3:12CV856: Notice of Intervention)

HERBERT H. SLATERY III
ATTORNEY GENERAL & REPORTER

_____
PHILIP BANGLE
Assistant Attorney General
TN State Bar No. 031636
Tennessee Attorney General's Office
425 Fifth Avenue North
Nashville, Tennessee 37243
Tel: (615) 741-8126
Fax: (615) 532-4892
Email: Philip.Bangle@ag.tn.gov


ROY COOPER
ATTORNEY GENERAL

_____
F. EDWARD KIRBY
STACY M. RACE
N.C. State Bar No. 31743
Assistant Attorney General
Medicaid Investigations Division
5505 Creedmoor Rd., Suite 300
Raleigh, N.C. 27612
Phone: 919-881-2345
Fax: 919-571-4837
Email: SRace@ncdoj.gov

PAM BONDI
ATTORNEY GENERAL

_____
JILL BENNETT
Assistant Attorney General
FL State Bar No. 0108812
Florida Office of the Attorney
PL-01, The Capitol
Tallahassee, FL 32399
Tel: 850-414-3913
Fax: 850-410-0179
Email: Jill.Bennett@myflorida.com


KENNETH PAXTON, JR.
ATTORNEY GENERAL of TEXAS

CHARLES ROY
First Assistant Attorney General

JAMES DAVIS
Deputy Attorney General for Civil Litigation

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

_____
KEMISHA WILLIAMS
ASSISTANT ATTORNEY GENERAL
TX State Bar No. 24088644
Civil Medicaid Fraud Division
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548
Tel: (512) 936-1446
Fax: (512) 936-0674
Email:
kemisha.williams@texasattorneygeneral.gov

STATE SIGNATURE PAGE (3:12CV856: Notice of Intervention)

HERBERT H. SLATERY III
ATTORNEY GENERAL & REPORTER

_____
PHILIP BANGLE
Assistant Attorney General
TN State Bar No. 031636
Tennessee Attorney General's Office
425 Fifth Avenue North
Nashville, Tennessee 37243
Tel: (615) 741-8126
Fax: (615) 532-4892
Email: Philip.Bangle@ag.tn.gov

PAM BONDI
ATTORNEY GENERAL

_____
JILL BENNETT
Assistant Attorney General
FL State Bar No. 0108812
Florida Office of the Attorney
PL-01, The Capitol
Tallahassee, FL 32399
Tel: 850-414-3913
Fax: 850-410-0179
Email: Jill.Bennett@myflorida.com

ROY COOPER
ATTORNEY GENERAL

_____
F. EDWARD KIRBY
STACY M. RACE
N.C. State Bar No. 31743
Assistant Attorney General
Medicaid Investigations Division
5505 Creedmoor Rd., Suite 300
Raleigh, N.C. 27612
Phone: 919-881-2345
Fax: 919-571-4837
Email: SRace@ncdoj.gov

KENNETH PAXTON, JR.
ATTORNEY GENERAL of TEXAS

CHARLES ROY
First Assistant Attorney General

JAMES DAVIS
Deputy Attorney General for Civil Litigation

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

_____
KEMISHA WILLIAMS
ASSISTANT ATTORNEY GENERAL
TX State Bar No. 24088644
Civil Medicaid Fraud Division
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548
Tel: (512) 936-1446
Fax: (512) 936-0674
Email: kemisha.williams@texasattorneygeneral.gov

STATE SIGNATURE PAGE (3:12CV856: Notice of Intervention)

| | |
|---|---|
| HERBERT H. SLATERY III<br>ATTORNEY GENERAL & REPORTER | PAM BONDI<br>ATTORNEY GENERAL |

PHILIP BANGLE
Assistant Attorney General
TN State Bar No. 031636
Tennessee Attorney General's Office
425 Fifth Avenue North
Nashville, Tennessee 37243
Tel: (615) 741-8126
Fax: (615) 532-4892
Email: Philip.Bangle@ag.tn.gov

JILL BENNETT
Assistant Attorney General
FL State Bar No. 0108812
Florida Office of the Attorney
PL-01, The Capitol
Tallahassee, FL 32399
Tel: 850-414-3913
Fax: 850-410-0179
Email: Jill.Bennett@myflorida.com

ROY COOPER
ATTORNEY GENERAL

KENNETH PAXTON, JR.
ATTORNEY GENERAL of TEXAS

F. EDWARD KIRBY
STACY M. RACE
N.C. State Bar No. 31743
Assistant Attorney General
Medicaid Investigations Division
5505 Creedmoor Rd., Suite 300
Raleigh, N.C. 27612
Phone: 919-881-2345
Fax: 919-571-4837
Email: SRace@ncdoj.gov

CHARLES ROY
First Assistant Attorney General

JAMES DAVIS
Deputy Attorney General for Civil Litigation

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

KEMISHA WILLIAMS
ASSISTANT ATTORNEY GENERAL
TX State Bar No. 24088644
Civil Medicaid Fraud Division
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548
Tel: (512) 936-1446
Fax: (512) 936-0674
Email: kemisha.williams@texasattorneygeneral.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2015, a true and correct copy of the foregoing notice was served upon the party below by mailing a copy thereof, postage prepaid and properly addressed as indicated.

Sam Olens
Georgia Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Lisa Madigan
Illinois Attorney General
James R. Thompson Center
100 W. Randolph Street
Chicago, IL 60601

JONATHAN H. FERRY
ASSISTANT UNITED STATES ATTORNEY