# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MICHAEL PAYNE, MELISSA CHURCH and GLORIA PRYOR, *et al*, <br><br> Plaintiffs, <br> v. <br><br> ADVENTIST HEALTH SYSTEM-SUNBELT, INC., *et al*, <br><br> Defendants. | <u>UNDER SEAL</u> <br><br> CIVIL NO. 3:12-CV-856-FDW-DSC |

**THIS MATTER IS BEFORE THE COURT** on the United States of America's "Joint Motion to Unseal Specified Documents at Such Time as the Intervening Parties Notify the Court that the Settlement Agreement Has Been Fully Executed" (document #28). For the reasons stated therein, the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that at such time as the United States files the Notice with the fully executed Settlement Agreements in the above-captioned case, the following documents <u>only</u> shall be unsealed:

1. The Joint Notice of Intervention in Part and Declination in Part;

2. Relator's Complaint;

3. This Order; and

4. The Notice with the fully executed Settlement Agreements and all documents filed in this action after the filing of the Notice with the fully executed Settlement Agreements.

**IT IS FURTHER ORDERED** that all other papers or Orders on file in these matters as of the date of this Order shall remain under seal.

**SO ORDERED**.

Signed: September 1, 2015

David S. Cayer
United States Magistrate Judge

SEALED DOCUMENT with access to All Parties/Defendants.