# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF FLORIDA, the STATE OF GEORGIA, the STATE OF ILLINOIS, the STATE OF NORTH CAROLINA, the STATE OF TENNESSEE, and the STATE OF TEXAS *ex rel.* MICHAEL PAYNE, MELISSA CHURCH and GLORIA PRYOR,<br><br>Plaintiffs,<br><br>v.<br><br>ADVENTIST HEALTH SYSTEM-SUNBELT, INC., *et al*,<br><br>Defendants. | FILED<br>CHARLOTTE, NC<br><br>SEP 21 2015<br><br>U.S. DISTRICT COURT<br>WESTERN DISTRICT OF NC<br><br>3:12CV856 |

**THIS MATTER** is before the Court pursuant to the State Plaintiffs' Notice of Settlement and Joint Dismissal. It appears that the States of Florida and North Carolina, Relators and Defendants have agreed to certain terms as reflected in the Notice of Settlement and Joint Dismissal pursuant to which the case will be settled. It further appears that the States of Georgia and Illinois have declined intervention and consent to the dismissal of this action without prejudice. Lastly, it appears that the States of Tennessee and Texas are finalizing their settlement agreements with Relators and Defendants and while they do not dismiss claims filed on their behalf in this motion, the parties anticipate that Tennessee and Texas will dismiss their claims when their settlement agreements are finalized.

Wherefore, upon consent of the parties, **IT IS HEREBY ORDERED, JUDGED** and **DECREED** that:

1. The allegations in the Complaint related to the Covered Conduct be dismissed with prejudice as against Florida, North Carolina, and Relators; and

2. The allegations in the Complaint outside of the Covered Conduct filed on behalf of Florida and North Carolina are to be dismissed with prejudice against the Relators and without prejudice against Florida and North Carolina; and

3. The allegations in the Complaint filed on behalf of Georgia and Illinois are to be dismissed with prejudice against the Relators and without prejudice against Georgia and Illinois; and

4. The allegations in the Complaint filed on behalf of Tennessee and Texas are not dismissed at this time. Tennessee and Texas will notify the Court immediately upon receipt of their executed settlement agreements and file the necessary dismissal motions with this Court.

5. This Order relates to the Relators' allegations against the State Plaintiffs only.

BY THE COURT:

THE HONORABLE FRANK D. WHITNEY
Chief United States District Judge