# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF FLORIDA, the STATE OF GEORGIA, the STATE OF ILLINOIS, the STATE OF NORTH CAROLINA, the STATE OF TENNESSEE, and the STATE OF TEXAS *ex rel.* MICHAEL PAYNE, MELISSA CHURCH and GLORIA PRYOR, <br><br> Plaintiffs, <br> v. <br><br> ADVENTIST HEALTH SYSTEM-SUNBELT, INC., *et al*, <br><br> Defendants. | CIVIL FILE NO. 3:12CV856 |



## ORDER

Having considered the Joint Notice of Election to Intervene in Part, the United States' Joint Notice of Settlement, and the United States' Joint Notice of Dismissal, the Court finds that the United States has intervened in part in this action for the purposes of effectuating the settlement agreement (the "Settlement Agreement") among the United States, all defendants and relators Michael Payne, Melissa Church and Gloria Pryor (the "Relators"), pursuant to the United States False Claims Act, the "False Claims Act"), and the United States, has filed a Joint Notices of Dismissal pursuant to Fed. R. of Civ. P. 41(a)(1)(A); and

**IT IS HEREBY ORDERED THAT:**

1. Consistent with the terms of the Settlement Agreement, the False Claims asserted by the Relators in this action on behalf of the United States against all defendants for the Covered Conduct as defined in the Settlement Agreement are dismissed with prejudice as to all parties;

2. Except for the Relators' outstanding claims for statutory attorney's fees and costs under 31 U.S.C. § 3730(d) and applicable state statutes, the remaining False Claims Acts claims asserted by Relators against all defendants are dismissed with prejudice to the Relators and without prejudice as to the United States;

3. The Court shall retain jurisdiction over the United States all defendants and Relators to the extent necessary to enforce the terms and conditions of the Settlement Agreement, and to adjudicate Relators claims for statutory attorney's fees and costs pursuant to 31 U.S.C. § 3730(d), and any claims Relators may have against the United States under 31 U.S.C. § 3730(h) and comparable statutes, or other claims against the United States for a share of the proceeds of settlement.

**IT IS SO ORDERED**, this 22nd day of September 2015

The Honorable Frank D. Whitney
Chief United States District Judge