UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NOS. 3:12-cv-00856-FDW-DSC and 3:13-cv-217-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MICHAEL PAYNE, MELISSA CHURCH, and GLORIA PRYOR, *et al*,<br><br>  Plaintiff,<br><br>vs.<br><br>ADVENTIST HEALTH SYSTEM-SUNBELT, INC., *et al*,<br><br>  Defendants.<br>_____<br><br>UNITED STATES OF AMERICA, and the STATE OF NORTH CAROLINA, STATE OF ILLINOIS, STATE OF FLORIDA, and STATE OF TEXAS, *ex rel.* SHERRY DORSEY,<br><br>  Plaintiffs,<br><br>vs.<br><br>ADVENTIST HEALTH SYSTEM-SUNBELT HEALTHCARE CORPORATION, *et al,*<br><br>  Defendants. | NOTICE OF HEARING |

  TAKE NOTICE that a status conference in the above-captioned cases will take place before the undersigned on Wednesday, December 16, 2015, at 2:00 p.m. in Courtroom #1-1 of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina 28202. The Court expects each party to be represented at this status conference, including counsel for the Government. The Court does not anticipate hearing argument at this time on any of the pending motions in these two cases;

however, the Court requests counsel be prepared to address any questions from the Court regarding all pending motions during the status conference.

      IT IS SO ORDERED.

Signed: December 3, 2015

Frank D. Whitney
Chief United States District Judge