UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NOS. 3:12-cv-00856-FDW-DSC and 3:13-cv-217-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MICHAEL PAYNE, MELISSA CHURCH, and GLORIA PRYOR, *et al*, <br><br> Plaintiff, <br><br> vs. <br><br> ADVENTIST HEALTH SYSTEM-SUNBELT, INC., *et al*, <br><br> Defendants. <br>_____ <br><br> UNITED STATES OF AMERICA, and the STATE OF NORTH CAROLINA, STATE OF ILLINOIS, STATE OF FLORIDA, and STATE OF TEXAS, *ex rel.* SHERRY DORSEY, <br><br> Plaintiffs, <br><br> vs. <br><br> ADVENTIST HEALTH SYSTEM-SUNBELT HEALTHCARE CORPORATION, *et al,* <br><br> Defendants. | ORDER |

THIS MATTER is before the Court on three motions in <u>United States of America, ex rel. Michael Payne, et al., v. Adventist Health System-Sunbelt, Inc., et al.</u>, Case No: 3:12-cv-00856: (1) Motion to Consolidate (Doc. No. 38); (2) Unopposed Motion for Extension of Time (Doc. No. 42); and (3) Motion for Limited Special Appearance (Doc. No. 43). The Court conducted a status

conference in the two above-captioned cases and heard brief argument on these pending motions, as well as other matters.

For the reasons stated in open court, the Court GRANTS the Motion to Consolidate (Doc. No. 38), GRANTS the Motion for Extension of Time (Doc. No. 42), and GRANTS the Motion for Limited Special Appearance (Doc. No. 43). As part of the oral ruling, the Court also clarified that its prior orders (Docs. Nos. 33, 34 in 3:12-cv-856; Docs. Nos. 36, 37 in 3:13-cv-217) did not preserve jurisdiction to adjudicate any rights or claims as among the relators. Furthermore, the Court ORDERED the parties to engage in mediation no later than January 31, 2016. To the extent mediation is unsuccessful, the parties shall submit no later than February 7, 2016, a proposed briefing schedule to the Court outlining remaining issues for the Court to resolve and a proposed timeline to do so.

IT IS SO ORDERED.

Signed: December 22, 2015

Frank D. Whitney
Chief United States District Judge