UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NOS. 3:12-CV-00856-FDW-DSC and 3:13-CV-217-FDW-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. MICHAEL PAYNE, MELISSA CHURCH, and GLORIA PRYOR, et al, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| ADVENTIST HEALTH SYSTEM-SUNBELT, INC., et al, | ) ) ) | ORDER |
| Defendants. | ) ) ) | |
| _____ | ) ) | |
| UNITED STATES OF AMERICA, and the STATE OF NORTH CAROLINA, STATE OF ILLINOIS, STATE OF FLORIDA, and STATE OF TEXAS, ex rel. SHERRY DORSEY, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| ADVENTIST HEALTH SYSTEM-SUNBELT HEALTHCARE CORPORATION, et al, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

On December 22, 2015, this Court ordered all parties to engage in mediation by no later than January 31, 2016 and to provide the Court with a proposed briefing schedule outlining the remaining issues for the Court to resolve by February 7, 2016. The parties

1

have engaged in mediation with some success and have submitted such a schedule to the Court addressing the remaining issues. The parties have requested until March 8, 2016 to attempt to resolve the remaining issues through mediation, and then to file initial briefs on any remaining issues by that date.

For good cause shown, the parties' joint motion (Doc. No. 59) is hereby GRANTED. The parties shall have until March 8, 2016 to resolve any remaining issues through mediation, and if these issues are unresolved, initial briefs shall be filed by that date. The filing of response and reply briefs will occur in accordance with the Court's rules and procedures.

IT IS SO ORDERED.

y 8, 2016

Frank D. Whitney
Chief United States District Judge